**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JEFFREY M. FARWELL, Pro Se,

    Plaintiff,

v.                                         Case No. 3:17-cv-1384-J-32JBT

CITY OF JACKSONVILLE, FLORIDA,
BRYAN MOSIER, in his official and
individual capacities, ROBERT PRADO,
in his official and individual capacities,
VORIA LANCASTER, in her official and
individual capacities, KIMBERLY
SCOTT, in her official and individual
capacities, GARY ROBERTS, in his
official and individual capacities, and
JAMES LIBERO, in his official and
individual capacities,

    Defendants.

## ORDER

This case is before the Court on Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 15), filed on February 6, 2018. Plaintiff's response is overdue. Accordingly, it is hereby

**ORDERED:**

**No later than May 18, 2018**, plaintiff must file a response to defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 15) or the Court will rule on the motion assuming it is unopposed.

**DONE AND ORDERED** in Jacksonville, Florida, this 18th day of April, 2018.

_____
TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Counsel of Record
pro se plaintiff