**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JEFFREY M. FARWELL, Pro Se,

    Plaintiff,

v.                                                 Case No. 3:17-cv-1384-J-32JBT

CITY OF JACKSONVILLE,
FLORIDA, BRYAN MOSIER, in his
official and individual capacities,
ROBERT PRADO, in his official and
individual capacities, VORIA
LANCASTER, in her official and
individual capacities, KIMBERLY
SCOTT, in her official and
individual capacities, GARY
ROBERTS, in his official and
individual capacities, and JAMES
LIBERO, in his official and
individual capacities,

    Defendants.

---

## **O R D E R**

This case is before the Court on Defendants' Motion to Dismiss Plaintiff's Amended Complaint, (Doc. 15). Plaintiff responded to the motion, (Docs. 21, 22), and the Court held a hearing on August 1, 2018, the record of which is incorporated herein.

Upon review of the parties' briefs, and for the reasons stated on the record, it is hereby

**ORDERED:**

1. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 15) is **GRANTED**.

2. All claims against the named defendants in their Official Capacities are **DISMISSED with prejudice** as duplicative of the claims against the City. The Clerk shall remove the official capacity designations from the style of case.

3. Counts II through X are **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted.

4. Count I (42 U.S.C. § 1983 for Fourth Amendment violations) and Count XI (Trespass) remain as against the City and the named defendants in their individual capacities. Not later than **August 21, 2018**, Defendants shall answer Counts I and XI of the Amended Complaint.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of August, 2018.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

2

Counsel of record